AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALLIANCE SHIPPERS, INC., a New Jersey corporation,

        Plaintiff,

v.

ALWAYS TRANSPORT, INC., a Washington corporation,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3126-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Alliance Shippers, Inc. and against Defendants Always Transport, Inc. in the amount of $5,617.59 pursuant to the Findings of Fact and Conclusions of Law Order entered on September 16, 2011, Ct. Rec. 83.

| | |
|---|---|
| September 16, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |