1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

| | |
|---|---|
| ALLIANCE SHIPPERS, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>ALWAYS TRANSPORT, INC.,<br><br>                    Defendant. | NO:  CV-09-3126-RMP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AMENDED OR ADDITIONAL FINDINGS AND TO ALTER OR AMEND THE JUDGMENT |

12      The matter comes before the Court on a Motion for Amended or Additional

13   Findings and to Alter or Amend the Judgment by Plaintiff Alliance Shippers, Inc.,

14   ECF No. 86.  Telephonic argument was held on December 2, 2011.  The Court has

15   reviewed the file and the pleadings and is fully informed.

16      Plaintiff renewed previously raised arguments and asserted new arguments

17   that focused on bases upon which the Court could award Plaintiff attorney's fees

18   and treble damages.  However, after considering Plaintiff's arguments, the Court

19

20

ORDER DENYING PLAINTIFF'S MOTION FOR AMENDED OR
ADDITIONAL FINDINGS AND TO ALTER OR AMEND THE JUDGMENT ~
1

finds no basis to modify its Findings of Fact and Conclusions of Law entered on

September 16, 2011 at ECF No. 83.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The Plaintiff's Motion for Amended or Additional Findings and to Alter

or Amend the Judgment, **ECF No. 86**, is **DENIED**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to

provide copies of this Order to counsel.

**DATED** this 5th of December, 2011.


*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DENYING PLAINTIFF'S MOTION FOR AMENDED OR
ADDITIONAL FINDINGS AND TO ALTER OR AMEND THE JUDGMENT ~
2